IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANA MARIA S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 3:17-CV-259-G-BN |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge dated December 27, 2019 (docket entry 35), the court finds that the findings, conclusions, and recommendation of the Magistrate Judge are correct and they are accepted as the findings, conclusions, and recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that plaintiff's counsel Ryan Snow's Re-Urged Motion for Attorneys' Fees Pursuant to 42 U.S.C. § 406(b) (docket entry 32) is **GRANTED** and plaintiff's counsel Ryan Snow's Motion for Attorneys' Fees Pursuant to 42 U.S.C. § 406(b) (docket entry 29) is **TERMINATED AS MOOT**.

Mr. Snow is hereby awarded $9,183.25 in attorneys' fees to be certified for payment out of plaintiff Ana Maria S.'s past-due benefits under 42 U.S.C. § 406(b) and the Commissioner is hereby **ORDERED** to release such amount as, and for, attorneys'

fees to plaintiff's counsel Ryan Snow.

**SO ORDERED.**

January 23, 2020.

_____
**A. JOE FISH**
**Senior United States District Judge**